IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARLES WESLEY O'BERRY,

    Plaintiff,

v.                                                                                          4:05cv229-WS

MONICA DAVID,
FREDERIC B. DUNPHY,
and JENNIFER PATE,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation (doc. 44) docketed February 23, 2007. The Magistrate Judge recommends that Defendants' Motion for Summary Judgment (doc. 28) be granted. No objections to the Report and Recommendation have been filed.

The court having considered the record, it is ORDERED:

1. The Magistrate Judge's report and recommendation (doc. 44) is ADOPTED and incorporated by reference into this order.

2. Respondent's Motion for Summary Judgment (doc. 28) is GRANTED.

3. The Clerk shall enter judgment in Defendants' favor on all claims.

DONE AND ORDERED this ___23rd___ day of ___March___, 2007.


                                          s/ William Stafford
                                          WILLIAM STAFFORD
                                          SENIOR UNITED STATES DISTRICT JUDGE